**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GALE, BARBARA J. | § Case No. 10-71123 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/08/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/06/2011          By:  /s/BERNARD J. NATALE
                                 Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GALE, BARBARA J.                   § Case No. 10-71123
                                          §
                                          §
Debtor(s)                                 §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,942.44 |
| *and approved disbursements of* | $ 3,758.63 |
| *leaving a balance on hand of* [1] | $ 12,183.81 |
| **Balance on hand:** | $ 12,183.81 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Edward Jones Investments | 22,124.90 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 12,183.81 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,042.54 | 0.00 | 2,042.54 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,634.75 | 0.00 | 2,634.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 56.80 | 0.00 | 56.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,734.09 |
| Remaining balance: | $ 7,449.72 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $    0.00
Remaining balance:   $    7,449.72

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $    0.00
Remaining balance:   $    7,449.72

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,522.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Ophry's LLC | 1,195.94 | 0.00 | 214.58 |
| 3 | Discover Bank | 4,185.49 | 0.00 | 750.93 |
| 4 | American Infosource Lp | 1,224.72 | 0.00 | 219.73 |
| 5 | Target National Bank | 1,594.36 | 0.00 | 286.05 |
| 6 | Chase Bank USA, N.A. | 4,750.84 | 0.00 | 852.36 |
| 7 | Chase Bank USA, N.A. | 2,465.37 | 0.00 | 442.32 |
| 8 | Chase Bank USA, N.A. | 2,910.55 | 0.00 | 522.19 |
| 9 | Chase Bank USA,N.A | 900.38 | 0.00 | 161.54 |
| 10 | GE Money Bank | 1,564.46 | 0.00 | 280.68 |
| 11 | Fia Card Services, NA/Bank of America | 6,626.77 | 0.00 | 1,188.93 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 12 | Fia Card Services, NA/Bank of America | 6,362.13 | 0.00 | 1,141.45 |
| 13 | Fia Card Services, NA/Bank of America | 7,163.92 | 0.00 | 1,285.30 |
| 14 | Rockford Mercantile Agency | 483.47 | 0.00 | 86.74 |
| 15 | Swedish American Hospital | 94.28 | 0.00 | 16.92 |

Total to be paid for timely general unsecured claims: $ 7,449.72
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-71123-MB
Barbara J. Gale                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3           User: cshabez              Page 1 of 2                Date Rcvd: Jul 08, 2011
                               Form ID: pdf006            Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2011.
```
db          +Barbara J. Gale,    1745 Cherry Valley Road,    Kirkland, IL 60146-8101
aty         +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
aty         +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
15230195    +ALAN KOSSMAN DDS, PC,    1935 N. STATE STREET,    PO BOX 637,   BELVIDERE, IL 61008-0637
15230197     BANK OF AMERICA,    PO BOX 15026,   WILMINGTON, DE 19850-5026
15230198     BERGNERS,   RETAIL SERVICES,    PO BOX 15521,    WILMINGTON, DE 19850-5521
15230199     CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
15230200    +CENTRAL FLORIDA PATHOLOGY ASSOC. PA,    PO BOX 140987,    ORLANDO, FL 32814-0987
15230202     CHASE,   CARDMEMBER SERVICE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
15230201     CHASE,   CUSTOMER SERVICE,    PO BOX 15548,    WILMINGTON, DE 19886-5548
15230203     CITI CARDS,    BOX 6000,    THE LAKES, NV 89163-6000
15230204     CITIBANK SOUTH DAKOTA,    PO BOX 6248,    SIOUX FALLS, SD 57117-6248
15655574     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15748792    +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
15230206     DENNIS A. BREBNER,    860 NORTHPOINT,    WAUKEGAN, IL 60085-8211
15230208    +EDWARD JONES,    175 CADILLAC COURT, STE. 1,    BELVIDERE, IL 61008-1729
15398543    +Edward Jones Investments,    130 Edward Jones Blvd,    Maryland Heights, MO 63043-3000
15230209     FIA CARD SERVICES,    PO BOX 15026,    WILMINGTON, DE 19850-5026
15230211     FLORIDA HOSPITAL ORLANDO,    PO BOX 538800,    ORLANDO, FL 32853-8800
15230210     FLORIDA HOSPITAL ORLANDO,    PO BOX 1965,    SOUTHGATE, MI 48195-0965
15230212    +FREDRIC C. KULLBERG MD FCCP,    5668 E. STATE STREET,    SUITE B600,   ROCKFORD, IL 61108-3107
15230214     HSBC CARD SERVICES,    PO BOX 80084,    SALINAS, CA 93912-0084
15230215     HSBC RETAIL SERVICES,    PO BOX 5244,    CAROL STREAM, IL 60197-5244
15230218    +MACY'S,   BANKRUPTCY PROCESSING,    PO BOX 8053,    MASON, OH 45040-8053
15230221    +NORTHLAND GROUP INC.,    MAIL CODE CSB1,    PO BOX 390905,   MINNEAPOLIS, MN 55439-0905
15230222    +NORTHLAND GROUP INC.,    PO BOX 390905,    MINNEAPOLIS, MN 55439-0905
15230223   ++++NORTHWOODS CARE CENTER,    2250 PEARL ST,    BELVIDERE IL  61008-6099
             (address filed with court: NORTHWOODS CARE CENTER,     2250 S. PEARL STREET ROAD,
               BELVIDERE, IL 61008)
15571460    +OPHRYS, LLC,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
15230224     OSF ST. ANTHONY MEDICAL CENTER,    5510 E. STATE STREET,    ROCKFORD, IL 61108-2381
15230225     RADIOLOGY CONSULTANTS OF ROCKFORD LTD.,    PO BOX 4542,    ROCKFORD, IL 61110-4542
15230226     ROCKFORD GASTROENTEROLOGY ASSOCIATES,    ROCKFORD ENDOSCOPY CENTER,    401 ROXBURY ROAD,
              ROCKFORD, IL 61107-5075
15230227    +ROCKFORD MERCANTILE AGENCY, INC.,    2502 S. ALPINE ROAD,    ROCKFORD, IL 61108-7813
15230228     ROCKFORD RADIOLOGY ASSOCIATION,    PO BOX 5368,    ROCKFORD, IL 61125-0368
15230229     SEARS CREDIT CARDS,    PO BOX 6283,    SIOUX FALLS, SD 57117-6283
15230230     SHELL CARD CENTER,    PO BOX 689151,    DES MOINES, IA 50368-9151
15230231     SWEDISH AMERICAN MEDICAL GROUP,    PO BOX 1567,    ROCKFORD, IL 61110-0067
15974635    +Swedish American Hospital,    c/o Dennis A. Brebner & Associates,    860 S. Northpoint Blvd.,
              Waukegan, IL 60085-8211
15230232     TARGET NATIONAL BANK,    C/O TARGET CREDIT SERVICES,    PO BOX 1581,   MINNEAPOLIS, MN 55440-1581
15584374    +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
15230233     TRAVELOCITY MASTERCARD,    CARD SERVICES,    PO BOX 8802,   WILMINGTON, DE 19899-8802
15230235     WELLS FARGO FINANCIAL,    PO BOX 98784,    LAS VEGAS, NV 89193-8784
15230234     WELLS FARGO FINANCIAL,    4920 E. STATE STREET,    ROCKFORD, IL 61108-2272
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: RepayLawFirm@IThink2.net Jul 08 2011 23:30:05      Henry Repay,
              Law Offices of Henry Repay,    930 W. Locust Street,    Belvidere, IL  61008-4226
15230196    +E-mail/Text: roy.buchholz@allianceoneinc.com Jul 08 2011 23:12:47
              ALLIANCEONE RECEIVABLES MGMT. INC.,    4850 STREET ROAD, STE. 300,    TREVOSE, PA 19053-6643
15575496     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2011 01:23:53
              American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
15230205     E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Jul 08 2011 23:11:37
              CREDITORS PROTECTION SERVICE,    202 W. STATE STREET, STE 300,    PO BOX 4115,
              ROCKFOR,D IL 61110-0615
15230207     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2011 01:29:09      DISCOVER CARD,   PO BOX 30943,
              SALT LAKE CITY, UT 84130
15572286     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2011 01:29:09      Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
15945269     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2011 01:23:55
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
15803198     E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2011 01:30:23      GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15230213     E-mail/Text: brown3@gulfcoastcollection.com Jul 08 2011 23:14:35
              GULF COAST COLLECTION BUREAU, INC.,    5630 MARQUESAS CIRCLE,    SARASOTA, FL 34233-3331
```

```
District/off: 0752-3           User: cshabez                Page 2 of 2                   Date Rcvd: Jul 08, 2011
                               Form ID: pdf006              Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15230216      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2011 01:35:15      JC PENNEY,    GE MONEY BANK,
               ATTN: BANKRUPTCY DEPT.,    PO BOX 103104,    ROSWELL, GA 30076-9104
15230217       E-mail/PDF: cr-bankruptcy@kohls.com Jul 09 2011 01:30:32      KOHL'S,    PO BOX 3043,
               MILWAUKEE, WI 53201-3043
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
15230219      ##MENARDS,    RETAIL SERVICES,    PO BOX 15521,    WILMINGTON, DE 19850-5521
15230220      ##NATIONAL CITY,    PO BOX 2349,    KALAMAZOO, MI 49003-2349
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2011**            **Signature:**    *Joseph Speetjens*