# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 10-71123  
**Debtor Name:** GALE, BARBARA J.

Page: 1

**Date:** August 8, 2011  
**Time:** 12:09:41 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $12,183.93 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 56.80 | 0.00 | 56.80 | 56.80 | 12,127.13 |
| ACCT | WIPFLI LLP | Admin Ch. 7 | 729.40 | 729.40 | 0.00 | 0.00 | 12,127.13 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 2,634.75 | 0.00 | 2,634.75 | 2,634.75 | 9,492.38 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 2,042.54 | 0.00 | 2,042.54 | 2,042.54 | 7,449.84 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 5,463.49 | 729.40 | 4,734.09 | 4,734.09 | |
| 1 | Edward Jones Investments | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 7,449.84 |
| EXEMPT | BARBARA J GALE | Secured | 3,017.00 | 3,017.00 | 0.00 | 0.00 | 7,449.84 |
| | SUBTOTAL FOR | SECURED | 3,017.00 | 3,017.00 | 0.00 | 0.00 | |
| 2 | Ophry's LLC | Unsecured | 1,195.94 | 0.00 | 1,195.94 | 214.58 | 7,235.26 |
| 3 | Discover Bank | Unsecured | 4,185.49 | 0.00 | 4,185.49 | 750.94 | 6,484.32 |
| 4 | American Infosource Lp | Unsecured | 1,224.72 | 0.00 | 1,224.72 | 219.73 | 6,264.59 |
| 5 | Target National Bank | Unsecured | 1,594.36 | 0.00 | 1,594.36 | 286.05 | 5,978.54 |
| 6 | Chase Bank USA, N.A. | Unsecured | 4,750.84 | 0.00 | 4,750.84 | 852.38 | 5,126.16 |
| 7 | Chase Bank USA, N.A. | Unsecured | 2,465.37 | 0.00 | 2,465.37 | 442.33 | 4,683.83 |
| 8 | Chase Bank USA, N.A. | Unsecured | 2,910.55 | 0.00 | 2,910.55 | 522.20 | 4,161.63 |
| 9 | Chase Bank USA,N.A | Unsecured | 900.38 | 0.00 | 900.38 | 161.54 | 4,000.09 |
| 10 | GE Money Bank | Unsecured | 1,564.46 | 0.00 | 1,564.46 | 280.69 | 3,719.40 |
| 11 | Fia Card Services, NA/Bank of America | Unsecured | 6,626.77 | 0.00 | 6,626.77 | 1,188.95 | 2,530.45 |
| 12 | Fia Card Services, NA/Bank of America | Unsecured | 6,362.13 | 0.00 | 6,362.13 | 1,141.47 | 1,388.98 |
| 13 | Fia Card Services, NA/Bank of America | Unsecured | 7,163.92 | 0.00 | 7,163.92 | 1,285.32 | 103.66 |
| 14 | Rockford Mercantile Agency | Unsecured | 483.47 | 0.00 | 483.47 | 86.74 | 16.92 |
| 15 | Swedish American Hospital | Unsecured | 94.28 | 0.00 | 94.28 | 16.92 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 41,522.68 | 0.00 | 41,522.68 | 7,449.84 | |
| **<< Totals >>** | | | 50,003.17 | 3,746.40 | 46,256.77 | 12,183.93 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---|
| **Administrative-Ch7** | 100.000000% |
| **Secured** | 100.000000% |
| **Unsecured** | 17.941616% |