**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GALE, BARBARA J. | § Case No. 10-71123 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $4,888.00 | Assets Exempt:  $6,550.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $7,449.84 | Claims Discharged Without Payment:  $84,469.95 |
| Total Expenses of Administration: $5,475.72 | |

    3)  Total gross receipts of $   15,942.56   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   3,017.00   (see **Exhibit 2**), yielded net receipts of $12,925.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $21,836.14 | $22,124.90 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,475.72 | 5,475.72 | 5,475.72 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 108,352.83 | 41,522.68 | 41,522.68 | 7,449.84 |
| **TOTAL DISBURSEMENTS** | $130,188.97 | $69,123.30 | $46,998.40 | $12,925.56 |

4) This case was originally filed under Chapter 7 on March 10, 2010. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/14/2011          By: /s/BERNARD J. NATALE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Acct. #XXXXXX8915 | 1129-000 | 15,940.52 |
| Interest Income | 1270-000 | 2.04 |
| **TOTAL GROSS RECEIPTS** | | **$15,942.56** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BARBARA J GALE | Ref # EXEMPT - E JONES ACCT | 8100-002 | 3,017.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,017.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Edward Jones Investments | 4110-000 | 21,836.14 | 22,124.90 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$21,836.14** | **$22,124.90** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 56.80 | 56.80 | 56.80 |
| WIPFLI LLP | 3410-000 | N/A | 729.40 | 729.40 | 729.40 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,634.75 | 2,634.75 | 2,634.75 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,042.54 | 2,042.54 | 2,042.54 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 12.23 | 12.23 | 12.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,475.72 | 5,475.72 | 5,475.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ophry's LLC | 7100-000 | 1,063.09 | 1,195.94 | 1,195.94 | 214.58 |
| 3 | Discover Bank | 7100-000 | 3,942.77 | 4,185.49 | 4,185.49 | 750.94 |
| 4 | American Infosource Lp | 7100-000 | N/A | 1,224.72 | 1,224.72 | 219.73 |
| 5 | Target National Bank | 7100-000 | 1,555.36 | 1,594.36 | 1,594.36 | 286.05 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,750.84 | 4,750.84 | 852.38 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 26,547.88 | 2,465.37 | 2,465.37 | 442.33 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,910.55 | 2,910.55 | 522.20 |
| 9 | Chase Bank USA,N.A | 7100-000 | 900.38 | 900.38 | 900.38 | 161.54 |
| 10 | GE Money Bank | 7100-000 | 3,652.98 | 1,564.46 | 1,564.46 | 280.69 |
| 11 | Fia Card Services, NA/Bank of America | 7100-000 | 19,562.30 | 6,626.77 | 6,626.77 | 1,188.95 |
| 12 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 6,362.13 | 6,362.13 | 1,141.47 |
| 13 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 7,163.92 | 7,163.92 | 1,285.32 |
| 14 | Rockford Mercantile Agency | 7100-000 | N/A | 483.47 | 483.47 | 86.74 |

UST Form 101-7-TDR (10/1/2010)

Case 10-71123   Doc 39   Filed 09/26/11   Entered 09/26/11 10:18:30   Desc Main
Document      Page 5 of 10

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Swedish American Hospital | 7100-000 | 730.96 | 94.28 | 94.28 | 16.92 |
| NOTFILED | HSBC Card Services | 7100-000 | 749.71 | N/A | N/A | 0.00 |
| NOTFILED | Macy's Bankruptcy Processing | 7100-000 | 472.20 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 9,381.60 | N/A | N/A | 0.00 |
| NOTFILED | Fredric C. Kullberg MD FCCP | 7100-000 | 219.66 | N/A | N/A | 0.00 |
| NOTFILED | Florida Hospital Orlando | 7100-000 | 100.74 | N/A | N/A | 0.00 |
| NOTFILED | Menards Retail Services | 7100-000 | 1,115.46 | N/A | N/A | 0.00 |
| NOTFILED | Citibank South Dakota | 7100-000 | 9,893.87 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 8,363.02 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | 8,939.38 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial | 7100-000 | 435.81 | N/A | N/A | 0.00 |
| NOTFILED | Shell Card Center | 7100-000 | 1,046.52 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Radiology Association | 7100-000 | 61.66 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Gastroenterology Associates Rockford | 7100-000 | 41.20 | N/A | N/A | 0.00 |
| NOTFILED | Northwoods Care Center | 7100-000 | 13.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Consultants of Rockford Ltd. | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF St. Anthony Medical Center | 7100-000 | 38.06 | N/A | N/A | 0.00 |
| NOTFILED | Central Florida Pathology Assoc. PA | 7100-000 | 9.75 | N/A | N/A | 0.00 |
| NOTFILED | Bergners Retail Services | 7100-000 | 1,712.00 | N/A | N/A | 0.00 |
| NOTFILED | Alan Kossman DDS, PC | 7100-000 | 568.20 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 7,182.27 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 108,352.83 | 41,522.68 | 41,522.68 | 7,449.84 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71123  
**Case Name:** GALE, BARBARA J.

**Trustee:**   (330370)   BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/10/10 (f)  
**§341(a) Meeting Date:** 04/19/10

**Period Ending:** 09/14/11

**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Cash<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 30.00 | 30.00 | DA | 0.00 | FA |
| 2  Checking Acct. #XXXXX5222<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 583.00 | 0.00 | DA | 0.00 | FA |
| 3  Household Goods & Furnishings<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 4  Hummel Collection<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 100.00 | 100.00 | DA | 0.00 | FA |
| 5  Rockwell Collection<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 100.00 | 100.00 | DA | 0.00 | FA |
| 6  Wearing Apparel<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 7  Miscellaneous Jewelry<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 8  ISP Term Life Insurance<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9  Acct. #XXXXXX8915<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 39,141.44 | 14,288.30 |  | 15,940.52 | FA |
| 10  2000 Chevrolet Impala (140,000 miles)<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 3,525.00 | 1,125.00 | DA | 0.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A |  | 2.04 | FA |
| 11  Assets    Totals (Excluding unknown values) | **$44,029.44** | **$15,643.30** |  | **$15,942.56** | **$0.00** |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71123  
**Case Name:** GALE, BARBARA J.  

**Trustee:** (330370)   BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/10/10 (f)  
**§341(a) Meeting Date:** 04/19/10  

**Period Ending:** 09/14/11  

**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    CASE REVIEW PENDING, FINAL REPORT TO BE FILED.

**Initial Projected Date Of Final Report (TFR):**   July 1, 2011       **Current Projected Date Of Final Report (TFR):**   June 15, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-71123 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | GALE, BARBARA J. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******13-65 - Money Market Account |
| Taxpayer ID #: | **-***8809 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 09/14/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/10 | {9} | Edward Jones Investments | Cash Surrender Value of Stock Account #201-12789-1-5 | 1129-000 | 15,940.52 | | 15,940.52 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.88 | | 15,941.40 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 15,941.53 |
| 10/12/10 | 1001 | BARBARA J GALE | Ref # EXEMPT - E JONES ACCT | 8100-002 | | 3,017.00 | 12,924.53 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 12,924.65 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,924.75 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,924.85 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,924.95 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,925.04 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,925.14 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,925.24 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,925.34 |
| 06/02/11 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #10-71123, BOND #016018067 | 2300-000 | | 12.23 | 12,913.11 |
| 06/02/11 | 1003 | WIPFLI LLP | Ref # 109782/578346 | 3410-000 | | 729.40 | 12,183.71 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,183.81 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,183.91 |
| 08/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 12,183.93 |
| 08/08/11 | | To Account #9200******1366 | Transfer for Final Distribution | 9999-000 | | 12,183.93 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,942.56 | 15,942.56 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,183.93 | |
| | | | Subtotal | | 15,942.56 | 3,758.63 | |
| | | | Less: Payments to Debtors | | | 3,017.00 | |
| | | | NET Receipts / Disbursements | | $15,942.56 | $741.63 | |

{} Asset reference(s)    Printed: 09/14/2011 12:23 PM    V.12.57

## FORM 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-71123
**Case Name:** GALE, BARBARA J.
**Taxpayer ID #:** **-***8809
**Period Ending:** 09/14/11

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******13-66 - Checking Account
**Blanket Bond:** $606,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/08/11 | | From Account #9200******1365 | Transfer for Final Distribution | 9999-000 | 12,183.93 | | 12,183.93 |
| 08/10/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $2,042.54, Trustee Compensation; Reference: | 2100-000 | | 2,042.54 | 10,141.39 |
| 08/10/11 | 102 | Ophry's LLC | Distribution paid 17.94% on $1,195.94; Claim# 2; Filed: $1,195.94; Reference: 5159 | 7100-000 | | 214.58 | 9,926.81 |
| 08/10/11 | 103 | Discover Bank | Distribution paid 17.94% on $4,185.49; Claim# 3; Filed: $4,185.49; Reference: 9157 | 7100-000 | | 750.94 | 9,175.87 |
| 08/10/11 | 104 | American Infosource Lp | Distribution paid 17.94% on $1,224.72; Claim# 4; Filed: $1,224.72; Reference: 6000 | 7100-000 | | 219.73 | 8,956.14 |
| 08/10/11 | 105 | Target National Bank | Distribution paid 17.94% on $1,594.36; Claim# 5; Filed: $1,594.36; Reference: 0090 | 7100-000 | | 286.05 | 8,670.09 |
| 08/10/11 | 106 | Chase Bank USA,N.A | Distribution paid 17.94% on $900.38; Claim# 9; Filed: $900.38; Reference: 1258/KOHLS | 7100-000 | | 161.54 | 8,508.55 |
| 08/10/11 | 107 | GE Money Bank | Distribution paid 17.94% on $1,564.46; Claim# 10; Filed: $1,564.46; Reference: 3615/PENNEYS | 7100-000 | | 280.69 | 8,227.86 |
| 08/10/11 | 108 | Rockford Mercantile Agency | Distribution paid 17.94% on $483.47; Claim# 14; Filed: $483.47; Reference: 5519 | 7100-000 | | 86.74 | 8,141.12 |
| 08/10/11 | 109 | Swedish American Hospital | Distribution paid 17.94% on $94.28; Claim# 15; Filed: $94.28; Reference: 1144 | 7100-000 | | 16.92 | 8,124.20 |
| 08/10/11 | 110 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,691.55 | 5,432.65 |
| | | | Dividend paid 100.00% on $2,634.75; Claim# ATTY; Filed: $2,634.75 | 2,634.75 | 3110-000 | | 5,432.65 |
| | | | Dividend paid 100.00% on $56.80; Claim# EXP; Filed: $56.80 | 56.80 | 3120-000 | | 5,432.65 |
| 08/10/11 | 111 | Chase Bank USA, N.A. | Combined Check for Claims#6,7,8 | | | 1,816.91 | 3,615.74 |
| | | | Dividend paid 17.94% on $4,750.84; Claim# 6; Filed: $4,750.84; Reference: 4572 | 852.38 | 7100-000 | | 3,615.74 |
| | | | Dividend paid 17.94% on $2,465.37; Claim# 7; Filed: $2,465.37; Reference: 7189 | 442.33 | 7100-000 | | 3,615.74 |
| | | | Dividend paid 17.94% on $2,910.55; Claim# 8; Filed: $2,910.55; | 522.20 | 7100-000 | | 3,615.74 |

Subtotals : $12,183.93    $8,568.19

{} Asset reference(s)

Printed: 09/14/2011 12:23 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-71123 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | GALE, BARBARA J. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******13-66 - Checking Account |
| Taxpayer ID #: | **-***8809 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 09/14/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: 4691 | | | | |
| 08/10/11 | 112 | Fia Card Services, NA/Bank of America | Combined Check for Claims#11,12,13 | | | 3,615.74 | 0.00 |
| | | | Dividend paid 17.94% on $6,626.77; Claim# 11; Filed: $6,626.77; Reference: 0516/4861    1,188.95 | 7100-000 | | | 0.00 |
| | | | Dividend paid 17.94% on $6,362.13; Claim# 12; Filed: $6,362.13; Reference: 6711/3687    1,141.47 | 7100-000 | | | 0.00 |
| | | | Dividend paid 17.94% on $7,163.92; Claim# 13; Filed: $7,163.92; Reference: 5283/1367    1,285.32 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,183.93 | 12,183.93 | $0.00 |
| | | | Less: Bank Transfers | | 12,183.93 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 12,183.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $12,183.93 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******13-65** | 15,942.56 | 741.63 | 0.00 |
| **Checking # 9200-******13-66** | 0.00 | 12,183.93 | 0.00 |
| | $15,942.56 | $12,925.56 | $0.00 |

{} Asset reference(s)    Printed: 09/14/2011 12:23 PM    V.12.57